Date signed February 17, 2010



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANTONIO FERGUSON | : | Case No. 07-21305PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

     This case comes before the court on the Application of the Law Office of Frank Morris, II for Payment of Administrative Expenses for services rendered as counsel for the Debtor for the period September 22, 2008, through May 29, 2009.  Counsel seeks the sum of $11,600.50.

     This case was originally filed by Judy Nicks as attorney for the Debtor on November 9, 2007.  Her Disclosure of Compensation reflects that she agreed to accept $2,000.00 for her representation of the Debtor throughout the case, subject to additional compensation for various motions and proceedings.  Following Ms. Nicks' tragic death on July 18, 2008, a number of lawyers volunteered to handle her cases, most on a pro bono basis.  Mr. Morris entered his appearance on behalf of the Debtor on September 29, 2008, and filed a Disclosure of Compensation that reflected he was to receive a retainer of $2,500.00, subject to charges for an hourly fee of $385.00 for himself and $150.00 an hour for his non-attorney/paralegal support staff.  Counsel filed numerous pleadings on behalf of the Debtor, and he moved to modify Debtor's Plan.  Before the Plan was modified, the case was dismissed on Debtor's motion.

     The Trustee filed an objection to the allowance of compensation, pointing out that, if allowed, the fees charged this Debtor in this unsuccessful case under Chapter 13 would amount to $10,000.00, more than twice the presumptively reasonable figure of $4,500.00 provided for in

paragraph 4.B. of Appendix F of the Local Rules of this court.

The court has no quarrel with respect to the quality of Mr. Morris' work. It appears to the court that substantially more time was devoted to this case than is normally called for in cases under Chapter 13. However, it should be noted that counsel was successful in obtaining a loan modification and in having objections sustained to the foreclosure sale of Debtor's real property in the Circuit Court for Calvert County, Maryland.

After consideration of all the circumstances, the court will allow total compensation of $6,750.00 for all services rendered on behalf of the Debtor during the representation of the Debtor by Mr. Morris. An appropriate order will be entered.

cc:
Frank Morris II, Esq., 8201 Corporate Drive, Suite 260, Landover, MD 20785
Antonio Ferguson, 3950 Robinson road, Huntingtown, Md 20639
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
United States Trustee, 6305 Ivy Lane, #600, Greenbelt MD 20770

**End of Memorandum**